UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) United States of America          CIVIL NO. 97-2150 (DRD)

v.

Defendant(s) Maritza Sanchez Gonzalez, et al.

RECEIVED AND FILED
00 JAN 19 AM 8:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| Docket entry no. 13 | ☒ GRANTED. |
| Date: October 13, 1999 | ☐ DENIED. |
| Title: Motion for Leave to Continue with Foreclosure. | ☐ MOOT. |
| | ☐ NOTED. |
| GRANTED. No opposition has been filed. Therefore, the dismissal of the Bankruptcy case number B98-03180 (Chapter 13) leads the Court to LIFT THE STAY of these proceedings. IT IS SO ORDERED. | |

IT IS SO ORDERED.

Date: 1/15/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE