

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



**United States Of America**
  Plaintiff

CIVIL CASE   97-2150 (DRD)

v.

**Maritza Sanchez Gonzalez, et al.**
  Defendants

---

## CLERK'S ENTRY OF DEFAULT

**Request for Entry of Default**

| | |
|---|---|
| Dkt #   15 | Default of Richard Allen Barada is hereby entered. |
| Filed   February 23, 2000 | |
| By:   USA | |

February 24, 2000

Frances Rios de Moran
Clerk

*Carmen Jacorotti* (signature)
Deputy Clerk

