UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

    Plaintiff

v.

MARITZA SANCHEZ GONZALEZ,
RICHARD ALLEN BARADA PELLOT, and
the conjugal partnership
constituted by both

    Defendants

CIVIL NO. 97-2150(DRD)

FORECLOSURE OF MORTGAGE

ORDER FOR EXECUTION OF JUDGMENT

Upon motion filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that the defendants referred to in the judgment entered by this Court were duly summoned and said defendants have failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment:

And it appearing further that more than ten (10) days have elapsed from the entry of Judgment:

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to sell at public auction to the highest bidder, the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided:

> "RUSTICA: radicado en la Urbanización Extención Meidna, situada en el Barrio Mora de Isabela, Puerto Rico, marcado con el número A-CINCO, con un área de trescientos

USA v. Maritza Sánchez González, et al.
Civil No. 97-2150(DRD)
Page 2

>   cincuenta y un metros cuadrados en lindes por el NORTE, en veintitres metros lineales con el solar A-SSEIS, por el SUR, en veintitres metros lineales con solar A-CUATRO, por el ESTE, en trece punto cincuenta metros lineales con el solar A-DIEZ, y por el OESTE, en trece punto cincuenta metros lineales con la calle número quince."
>
>   Sobre dicho solar enclava una casa de concreto para fines residenciales.

Plaintiff's mortgage is recorded at page 16, volume 266 of Isabela, property number 13626, 5th inscription at the Registry of the Property of Aguadilla, Puerto Rico.

   a) Said public sale shall be held at the office of the Marshal for Superior Court of Puerto Rico, Aguadilla Part, in accordance with 28 U.S.C. 2001.

   b) Notice of Sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper of general circulation in accordance with 28 U.S.C. 2002.

   c) The amount of $39,200.00 shall serve as the minimum bid for the first public sale. Should the first public sale fail to procure an award or adjudication, two-thirds of the aforementioned amount shall serve as the minimum bid for the second sale. Should there be no award or adjudication at the second public sale, the basis for the third sale shall be one-half of the amount specified as the minimum bid for the first public sale. Should there be no award or adjudication in this public sale the same may be awarded to the creditor for the amount of the debt if

USA v. Maritza Sánchez González, et al.
Civil No. 97-2150(DRD)
Page 3

this is equal to or less than the amount of the minimum bid of the third auction, and crediting this amount to the amount owed if it is more.

    d) The United States Marshal shall not accept in payment of the property to be sold anything but United States currency or certified checks in his name, except in case the property is sold and adjudicated to the plaintiff, in which case the amount of the bid made by said plaintiff shall be credited and deducted from its credit; said plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness when remaining unsatisfied.

    e) All junior lien holders shall pay in cash or in certified check the total amount of previous liens, and any sum in excess of said previous liens shall be credited to their respective liens.

    f) The United States Marshal may, either personally or by some person designated by him to act in his name and his authority, adjourn the sale from time to time, without further publication, but only by order of this Court.

    g) Upon the confirmation of said sale by this Court the United States Marshal shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

USA v. Maritza Sánchez González, et al.
Civil No. 97-2150(DRD)
Page 4

h) The purchaser shall be entitled to the delivery of the property sold and its physical possession and the United States Marshal may deliver said possession through the eviction of the occupant of the property without the need of any further order.

i) The Property Registrar of the corresponding Property Registry of Puerto Rico shall proceed to the recording of the judicial sale deed in favor of the purchaser, free of any liens subsequent to the date of the execution of the foreclosed mortgage.

SO ORDERED in San Juan, Puerto Rico, this 8 day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE