UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Plaintiff(s) UNITED STATES OF AMERICA,   CIVIL NO. 97-2150(DRD)

v.

Defendant(s) MARITZA SANCHEZ GONZALEZ,
RICHARD ALLEN BARADA PELLOT, ETC.

## MOTION

Docket entry no. 22.

Date: August 11, 2000.

Title: MOTION TO SET ASIDE SCHEDULED SALE.

## ORDER

The Judicial Sale set for September 15, 2000 at 11 AM is Vacated because of Bankruptcy filing of the owners (defendants).

**IT IS SO ORDERED.**

Date: August 16, 2000.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**