UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) United States of America         CIVIL NO. 97-2150 (DRD)

v.

Defendant(s) Maritza Sanchez Gonzalez, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 26 | ☒ GRANTED. |
| Date: 3/26/01 | ☐ DENIED. |
| Title: Motion Requesting Leave to Continue with Prosecution | ☐ MOOT. |
| | ☐ NOTED. |
| GRANTED. Since defendants' bankruptcy case has been dismissed, prosecution of the instant action may continue. A new writ of execution shall issue on the date hereof. | |

IT IS SO ORDERED.

Date: April 30, 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE