# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) __USA__                                CIVIL NO. __97-2150__ (DRD)

v.

Defendant(s) __MARITZA SANCHEZ GONZALEZ,__

__ET. AL.__

| MOTION | ORDER |
|---|---|
| Docket entry no. __30__ | ☒ GRANTED. |
| Date: __DEC /26/2001__ | ☐ DENIED. |
| Title: __MOTION TO SET ASIDE SALE__ | ☐ MOOT. |
|  | ☐ NOTED. |

Property subject of foreclosure was sold at auction on Oct. 30, 2001. Because USA was been informed that Co-Defendant Maritza Sanchez has filed Ch. 13 bankruptcy proceedings, Plaintiff USA requests sale to be set aside. Motion GRANTED.

IT IS SO ORDERED.

Date: __FEB /04/2002__

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**