UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff,<br><br>v.<br><br>MARITZA SANCHEZ-GONZALEZ<br>    Defendant | CIVIL NO. 97-2150(DRD)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION REQUESTING CONFIRMATION OF SALE**

COMES NOW United States of America, through its undersigned attorneys, and respectfully alleges and prays:

1) That the first sale public sale of the property subject of this foreclosure was held on September 9, 2004.

2) That on said first sale public sale the amount of $39,200.00 served as the minimum bid.

3) That on said sale, Arquelio Acosta, on his own behalf, appeared and offered the amount of $50,800.00 as bid.

4) This being the highest bid received the sale was awarded to Arquelio Acosta.

5) We are hereby attaching copies of the following documents:

   a. Affidavit of Publication;
   b. Marshal's Return of Sale;
   c. Auction Record.

United States v. Martiza Sanchez-Gonzalez
Civil No. 97-2150(DRD)
Page 2

    WHEREFORE, the United States of America respectfully requests from this Honorable Court the confirmation of the sale.

    In San Juan, Puerto Rico, this 27th day of January, 2005.

                                     H.S. GARCIA
                                     United States Attorney


                            s/AGNES I. CORDERO
                            AGNES I. CORDERO - USDC 126101
                            Assistant U. S. Attorney
                            Torre Chardón, Suite 1201
                            350 Carlos E. Chardón Street
                            San Juan, Puerto Rico 00918
                            Tel. (787) 766-5656
                            Fax. (787) 766-6219
                            Agnes.Cordero@usdoj.gov