# UNITED STATES MARSHALS SERVICE
## JUDICIAL DISTRICT OF PUERTO RICO

## JUDICIAL SALE - AUCTION RECORD

Case Title: USA vs. _Martha Sanchez_  Number: Civil: _97-2150_
Date:(M/D/Y) _9-7-04_  Time: _11:10 AM_
At: _____  Sale: (1st) (2nd) (3rd)
Notice of sale: ( ) Read  (✓) Reading waived  Page 1 of

### RECORD OF ATTENDANCE

| | Name (Printed) | Signature | Telephone | Address |
|---|---|---|---|---|
| 1) | Ray Umpierre | (sig) | 857-7527 | Box-2087-Mayaguez PR |
| 2) | Salvador Quintana | Quintana | 898-7355 | Ave. Muñoz Rivera 80, Camuy PR 00627 |
| 3) | Arquelio Acosta | Arquelio Acosta | 856-3106 | Yauco P.R. 00698 |
| 4) | Samuel Robles | S. Robles | 898-6487 | 19 Calle Los Pinos Camuy PR |
| 5) | | | | |
| 6) | | | | |
| 7) | | | | |
| 8) | | | | |
| 9) | | | | |
| 10) | | | | |

**Record of Bidding**  Minimum Bid: $ **39,200.00**

(2) $ 49,296.16   (4) $ 49,700.00   (3) $ 49,960.00   (4) $ 50,200.00
(3) $ 49,300.00   (1) $ 49,750.00   (4) $ 50,000.00   (5) $ 50,220.00
(4) $ 49,500.00   (5) $ 49,800.00   (5) $ 50,020.00   (4) $ 50,300.00
(1) $ 49,550.00   (4) $ 49,900.00   (4) $ 50,100.00   (5) $ 50,320.00
(3) $ 49,560.00   (1) $ 49,750.00   (3) $ 50,120.00   (4) $ 50,400.00

Highest Bid Received: $ **50,800.00**  By: _Arquelio Acosta Olivares_

### Marshal's Expenses

| Service Fee | $45@hourly | $ 270.00 |
|---|---|---|
| Mileage | (Agua$52.65) (Aib$27.30) (Are$31.20) (Gua$30.55) (Hum$22.10) (May$63.70) (Pon $45.50) (SJA$1.95) (Utu$42.25) | $ 60.75 |
| Tolls | (Agua$4.80) (Aib$1.70) (Are$4.10) (Gua $2.95) (Hum$1.00) (May$4.80) (Pon $4.65) (Utu$4.10) | $ 4.80 |
| Other | Parking, etc. | $ |
| Total | | $ 335.55 |

By: _(signature)_
Deputy U.S. Marshal

CONTINUATION SHEET
AUCTION RECORD

(1ST)  (2ND)  (3RD)  SALE

CASE NO. __97-2150__   DATE __9-7-04__   TIME __11:10 AM__

CASE TITTLE: __USA__   VS. __Maritza Sanchez__

RECORD OF BIDING:            MINIMUM BIDS __39,200.00__

( 3 ) $ __50,420.00__   ( ) $ _____   ( ) $ _____   ( ) $ _____
( 4 ) $ __50,500.00__   ( ) $ _____   ( ) $ _____   ( ) $ _____
( 3 ) $ __50,600.00__   ( ) $ _____   ( ) $ _____   ( ) $ _____
( 4 ) $ __50,700.00__   ( ) $ _____   ( ) $ _____   ( ) $ _____
( 3 ) $ __50,800.00__   ( ) $ _____   ( ) $ _____   ( ) $ _____
( ) $ __∅__             ( ) $ _____   ( ) $ _____   ( ) $ _____

# RECEIPT

Judicial District of PR

1. RECEIVED OF: Arquelio Acosta
2. DATE: 9-7-04
3. COURT/CASE NUMBER OR PURPOSE OF COLLECTION:

USA vs. Maritza Sanchez #97-2150(DRD)
Judicial sale attended at Aguadilla, PR.

4. AMOUNT: $ 50,800.00

5. TOTAL $ 50,800.00

ATTACH TO ORIGINAL OF FORM USM-93 (formerly OBD-15 and DJ-45)

6. RECEIVED BY (U.S. Marshals Service Official): Kevin Labrador

COPY 2

FORM USM-303 (Rev. 2/92)

---

**MANAGERS CHECK**

WESTERNBANK
El Banco del Pueblo
YAUCO 39
YAUCO, PR 00698

BR#-TLR#: 039-3910    08/12/2004

3906331
101-7270/2215

PAY **TWELVE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

$*****12,500.00****

THIS DOCUMENT CONTAINS VOID PANTO AND ARTIFICIAL WATERMARK. ABSENCE OF ANY OF THESE FEATURES WILL INDICATE A COPY.    AMOUNT

TO THE ORDER OF **ALGUACIL GENERAL Y O US MARSHAL **

TWO SIGNATURES REQUIRED OVER ONE THOUSAND DOLLARS

Alba Torres 822
AUTHORIZED SIGNATURE    AUTHORIZED SIGNATURE

⑂'3906331⑂' ⑁:221572702⑁: 75⑃'75000 85⑃'5⑃'

---

**COOP MANAGER'S CHECK**

101-238
215

CHECK NUMBER
032494

PAYABLE THROUGH
BANCO COOPERATIVO
DE PUERTO RICO

1 de septiembre de 2004

PAY TO THE ORDER OF    COOP AH Y CR
CARIBE COOP    30,000 DOLS 00 CTS    $ 30,000.00

OVER $500.00 TWO SIGNATURES REQUIRED

ALGUACIL GENERAL Y/O
US MARSHALL

AUTHORIZED SIGNATURE