UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>  Plaintiff,<br><br>v.<br><br>MARITZA SANCHEZ-GONZALEZ<br>  Defendant | CIVIL NO. 97-2150(DRD)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER REQUESTING CONFIRMATION OF SALE**

The sale of the property subject of this action on September 9, 2004, and awarded to Arquelio Acosta, is hereby confirmed.

In San Juan, Puerto Rico, this _15_ day of _March_, 2005.

_____
United States District Judge