UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

Plaintiff

**SANCHEZ GONZALEZ, MARITZA**

## VERIFICATION

I, Pedro Gomez, of legal age, married, a resident of Caguas, Puerto Rico, in my official capacity as Rural Housing Program Director for Puerto Rico of the Rural Development, United States Department of Agriculture, state that:

(1)    As such I am familiar with the loan made to the borrower.

(2)    As of September 9, 2004 borrower's indebtedness was as shown in the following Statement of Account, prepared according to information provided by the Finance Office, Rural Development, US Department of Agriculture.

## CERTIFICATION

| | |
|---|---|
| Borrower's Name: | **Sanchez Gonzalez, Maritza** |
| Case Number: | 63-29-xxx-xx-9192 (737-9843) |
| Date of Last Payment: | March 15, 2002 |
| Principal Balance: | $41,241.65 |
| Accrued Interest: | $35,185.88 |
| Subsidy Recapture: | $12,052.00 |
| Total Balance: | $88,479.53 |
| Daily Interest Accrual: | $     9.89 |
| Total Amount Delinquent: | $29,346.69 |
| No. of Months Delinquent: | 89 |

(3)    The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

(4)    The defendant is neither a minor, nor incompetent, nor in the military service of the U.S.

(5)    The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury according to 28 U.S.C. 1746.

PEDRO GOMEZ          _____
RH Program Director          (date)

EXHIBIT "A"