UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff<br><br>v.<br><br>MARITZA SANCHEZ-GONZALEZ<br>    Defendant | CIVIL NO. 97-2150(DRD)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER FOR MOTION FOR WITHDRAWAL OF FUNDS

WHEREAS the amount owed to plaintiff related to the sale of the real property at Urb. Extensión Medina, No. A-5, Barrio Mora, Isabela, Puerto Rico, is the principal sum of $41,241.65 plus interest accrued as to September 9, 2004, in the amount of $35,185.88, plus subsidy recapture in the sum of $12,052.00 plus legal fees in the amount of $767.39, for a total of $89,246.92.

WHEREAS the auctioned property was sold for $50,800.00, and deducting the United States Marshal Service fees was the amount of $1,448.10, the remaining balance of $49,351.90 shall be disbursed to the United States Department of Justice.

THEREFORE, the Clerk of the U.S. District Court shall issue a check for $49,351.90 to the order of the U.S. Department of Justice.

In San Juan, Puerto Rico, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE