UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

**UNITED STATES OF AMERICA.**
**(Rural Development)**
Plaintiff                                                                                           **CIVIL NO. 97-2150(DRD)**

v.

**MARITZA SANCHEZ GONZALEZ**
Defendant

## AMENDED ORDER FOR DISBURSEMENT OF FUNDS

Pending before the Court is plaintiff's *Motion for Withdrawal of Funds* (Docket No. 42). Through said motion, plaintiff moves the Court to allow them to withdraw the funds derived from the auctioning off of the property object of the instant case. A check was deposited within the registry of the U.S. District Court for the amount of **$49,351.90** in Account No. 4008039092. As of today, plaintiff's motion remains unopposed.

The Court **GRANTS** plaintiff's *Motion for Withdrawal of Funds* (Docket No. 42). Accordingly, the Clerk of the Court is **INSTRUCTED** to issue a check in the amount of **Forty Nine Thousand Three Hundred Fifty One Dollars and Ninety Cents ($49,351.90)** plus interest, less registry fees, payable to the order of **United States Department of Justice.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of June, 2005.

s/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**